1  Stephen C. McArthur (SBN 277712)
   stephen@smcarthurlaw.com
2  Valerie McConnell (SBN 274159)
   valerie@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM PC
   400 Corporate Pointe, 3rd Floor
4  Culver City, CA 90230
   Tel: (323) 639-4455
5  *Attorneys for Plaintiff ,*
   *Mike Sarieddine*
6
7  Matthew T. Furton (pro hac vice)         F. Phillip Hosp (SBN 265225)
   mfurton@lockelord.com                    phosp@lockelord.com
   David T. Van Der Laan (pro hac vice)     LOCKE LORD LLP
8  dave.vanderlaan@lockelord.com            300 S. Grand Avenue, Suite 2600
   LOCKE LORD LLP                           Los Angeles, CA 90071
9  111 South Wacker Drive                   Tel: (213) 687-6787
   Chicago, IL 60606
10 Tel: (312) 201-2975
   *Attorneys for Defendant Shenzhen IVPS*
11 *Technology Co., Ltd.*

12 Max Moskowitz (*pro hac vice*)           Tom Kohan (SBN 225420)
   mmoskowitz@ostrolenk.com                 tom@kohanlawfirm.com
13 Lawrence S. Rosenthal (*pro hac vice*)   KOHAN LAW FIRM
   lrosenthal@ostrolenk.com                 515 South Figueroa Street, Suite
14 Michael F. Hurley (pro hac vice)         1200
   mhurley@ostrolenk.com                    Los Angeles, CA 90071
15 OSTROLENK FABER LLP                      Tel: (310) 349-1111
   1180 Avenue of the Americas
16 New York, NY 10036
   Tel: (212) 596-0500
17 *Attorneys for Defendants E-Cig Gallery*
   *Wholesale and Dist., Inc., Vapor Range,*
18 *Inc., Vapor Authority, Inc., Electronic*
   *Cigarettes, Inc., VAPRO Supply, LLC,*
19 *D&A Dist., AMV Holdings, LLC (fka*
   *MadVapes Holdings, LLC), Lan & Mike*
20 *International Trading Inc., LA Vapor, Inc.,*
   *and Vapetrik, LLC*
21

22                UNITED STATES DISTRICT COURT
23                CENTRAL DISTRICT OF CALIFORNIA
24

25 MIKE SARIEDDINE,                         **Case No. 2:17-cv-02390-DSF-SK**

26         Plaintiff,                       **JOINT STIPULATION FOR**
                                            **DISMISSAL WITH**
27     v.                                   **PREJUDICE**

28 D&A DISTRIBUTION, LLC (dba

| | |
|---|---|
| STRICTLY E-CIG), et al., | |
| Defendants. | |
| SHENZHEN IVPS TECHNOLOGY CO., LTD. (fka SHENZHEN SMOK TECHNOLOGY CO., LTD.) et al., | |
| Counterclaimants, | |
| v. | |
| MIKE SARIEDDINE, | |
| Counterdefendant. | |

All parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the entire action with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: May 29, 2018

THE MCARTHUR LAW FIRM, PC

By: _____/s/ Stephen McArthur_____
Stephen McArthur
Valerie McConnell

Attorneys for Plaintiff and Counterdefendant Mike Sarieddine

DATED: May 29, 2018

LOCKE LORD LLP

By: _____/s/ Matthew T. Furton_____
Matthew T. Furton
David T. Van Der Laan
F. Phillp Hosp

Attorneys for Defendant and Counterclaimant Shenzhen IVPS Technology, Co., Ltd.

| | |
|---|---|
| DATED: May 29, 2018 | OSTROLENK FABER LLP |
| | By: _/s/ *Lawrence S. Rosenthal*_ |
| | Lawrence S. Rosenthal |
| | Max Moskowitz |
| | Michael F. Hurley |
| | |
| | Attorneys for Defendants E-Cig Gallery Wholesale and Dist., Inc., Vapor Range, Inc., Vapor Authority, Inc., Electronic Cigarettes, Inc., VAPRO Supply, LLC, D&A Dist., Madvapes Holdings, LLC, Lan & Mike International Trading Inc., LA Vapor, Inc., and Vapetrik, LLC |