GAIL MIGDAL TITLE
ADR SERVICES, INC.
1900 AVENUE OF THE STARS, SUITE 250
LOS ANGELES, CA 90067
310.201.0010   gtitle@adrservices.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MIKE SARIEDDINE, Plaintiff(s) v. D AND A DISTRIBUTION, LLC, et al., Defendant(s). | 2:17-cv-02390-DSF-SK |
| | MEDIATION REPORT |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____ .

   ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☐ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____

Dated: 7/25/18

_____
Signature of Mediator
GAIL MIGDAL TITLE
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)           MEDIATION REPORT           Page 1 of 1